IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHNNY TRIPLETTE and
DARLENE TRIPLETTE                                                                PLAINTIFFS

v.                            Case No. 3:09-cv-206-DPM

RAMON RINE, INC.                                                                  DEFENDANTS

ORDER

The parties have informed the Court that they have settled this case. Based on a proposed consent order that the parties submitted to the Court on 14 January 2011, which was signed by counsel, the Court dismisses this case with prejudice. The Defendant must pay the costs of the Clerk. The Plaintiffs must pay all other costs.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 Jan. 2011