IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHNNY TRIPLETTE and
DARLENE TRIPLETTE                                                               PLAINTIFFS

v.                              Case No. 3:09-cv-206-DPM

RAMON RINE, INC.                                                                 DEFENDANT

JUDGMENT

This case is dismissed with prejudice based on the parties' settlement.

Defendant must pay the Clerk's costs; Plaintiffs bear all other costs.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_14 January 2011_